| | |
|---|---|
| **From:** | Sean Dougherty <seanpdougherty@live.com> |
| **Sent:** | Thursday, January 30, 2020 3:30 PM |
| **To:** | Cox, Becky [US-US] |
| **Subject:** | EXTERNAL: RE: RE:tuition reimbursement & accommodations |
| **Attachments:** | SA-HR-6.12.1_ Reasonable Accommodation Request Form[15227].docx; Portal.PNG |

Rebecca,

I completed the accommodations form to the best of my knowledge. Onboarding in Workday seems to be complete. Also, am I suppose to have access to the portal in the picture attached?

Sincerely,
*Sean*


*Sean P. Dougherty*
*Cell: (314)737-1334*
*Sdougherty3@live.maryville.edu*
*Maryville University:*
*BS: Cybersecurity*
*BS: Management of Information Systems*



---

**From:** Cox, Rebecca L.
**Sent:** Wednesday, January 29, 2020 1:01 PM
**To:** Sean Dougherty
**Subject:** RE: RE:tuition reimbursement

*Leidos Proprietary*

Hi Sean,

I apologize. I have been involved in a project that we are having to do testing on. It has been very time consuming. First, I will reference the disability question.
For the disability that you mentioned, you will need to complete a reasonable accommodations form. I have it attached to this email. You really need to send it to your manager or wait and send it to our Employee Services team when you start working. The form will be placed in your employee file. It is best to also inform your manager so that they are aware and can make accommodations as needed. There is a link below. But, since you have not started yet, you may not have access to view it.

https://prism.leidos.com/hr_bp/human_resources/httpsprismleidoscomhr_bphuman_resourceseeo/eeo__ofccp_compliance_wiki_articles/reasonable_accommodations

Kelly can be reached at the informaiton below.  KELLY.J.OROS@leidos.com I do not have a number for her.

CONFIDENTIAL                                    LEIDOS 001557

Kind regards,

**Becky Cox** | Leidos
Senior HR Specialist  |  Onboarding, HR Services
phone: 865.425.5252 | fax:  865-425-5171
rebecca.l.cox@leidos.com   |   leidos.com

*Redefining HR Services,  one employee at a time,  by putting the Human back into Human Resources.*

*Would you consider sharing your feedback on how well I've assisted you today?  You may provide feedback here:*  Becky Cox's Survey.  *Thank you for the opportunity to support you as my team and I strive to exceed your expectations.*



PRIVACY/CONFIDENTIALITY NOTICE: This e-mail communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this communication in error, please notify the sender immediately by email and destroy all copies of this e-mail, including all attachments, without reading them or saving them to your computer or any attached storage device. If you are the intended recipient, you will need to secure the contents conforming to all applicable state and/or federal requirements related to the privacy and confidentiality of such information, including HIPAA Privacy regulations.

*This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.*

**From:** Sean Dougherty <seanpdougherty@live.com>
**Sent:** Wednesday, January 29, 2020 1:13 PM
**To:** Cox, Rebecca L. [US-US] <REBECCA.L.COX@leidos.com>
**Subject:** EXTERNAL: RE:tuition reimbursement

Rebecca,

Could you please provide me Kelly J. Oros (138782) contact information so I can get started on the tuition reimbursement program. Also, I'm just waiting on your reply regarding the disability topic in my previous email yesterday, so I can wrap up the onboarding process for you.
Sincerely,
*Sean*

*Sean P. Dougherty*
*Cell: (314)737-1334*
*Sdougherty3@live.maryville.edu*
*Maryville University:*
*BS: Cybersecurity*
*BS: Management of Information Systems*

2

CONFIDENTIAL

LEIDOS 001558



**From:** Sean Dougherty
**Sent:** Tuesday, January 28, 2020 3:38 PM
**To:** Cox, Rebecca L.
**Subject:** RE: Sean Dougherty– Welcome to Leidos!

Rebecca,

I am writing to inquire about the forms associated with reporting a disability and requesting accommodations.  In my initial application I did not report that I have a disability; however, when I was six years old, I was diagnosed with a learning and reading disability.  As an adult, I don't see myself as disabled because I have found ways to overcome these limitations.  I do want my managers to be informed of my disability in the event that something arises, such as needing a longer period of time to read a document.  Beyond that, I don't feel that I need any further accommodations to excel in my new position.  Could you please advise me on how to complete the disability associated forms? You may also call me.

Sincerely,
*Sean*


**Sean P. Dougherty**
*Cell: (314)737-1334*
*Sdougherty3@live.maryville.edu*
*Maryville University:*
*BS: Cybersecurity*
*BS: Management of Information Systems*



**From:** Cox, Rebecca L.
**Sent:** Tuesday, January 28, 2020 1:08 PM
**To:** Sean Dougherty
**Subject:** RE: Sean Dougherty– Welcome to Leidos!

*Leidos Proprietary*

Hi Sean,

The attached document contains the information about the tuition reimbursement. The other forms I have require that you have access to our internal site. So, you can access those after you get started.

Kind regards,


**Becky Cox** | Leidos

CONFIDENTIAL

LEIDOS 001559

Senior HR Specialist  |  Onboarding, HR Services
phone: 865.425.5252 | fax:  865-425-5171
rebecca.l.cox@leidos.com   |   leidos.com

*Redefining HR Services,  one employee at a time,  by putting the Human back into Human Resources.*

*Would you consider sharing your feedback on how well I've assisted you today?  You may provide feedback here:*  Becky Cox's Survey.  *Thank you for the opportunity to support you as my team and I strive to exceed your expectations.*



PRIVACY/CONFIDENTIALITY NOTICE: This e-mail communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this communication in error, please notify the sender immediately by email and destroy all copies of this e-mail, including all attachments, without reading them or saving them to your computer or any attached storage device. If you are the intended recipient, you will need to secure the contents conforming to all applicable state and/or federal requirements related to the privacy and confidentiality of such information, including HIPAA Privacy regulations.

*This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.*

---

**From:** Sean Dougherty <seanpdougherty@live.com>
**Sent:** Tuesday, January 28, 2020 1:32 PM
**To:** Cox, Rebecca L. [US-US] <REBECCA.L.COX@leidos.com>
**Subject:** EXTERNAL: RE: Sean Dougherty– Welcome to Leidos!

Rebecca,

Thank you for your email, I am working on these now. Also, I had a few questions for you, so please let me know a good time to talk on the phone at your earliest convenience .

Sincerely,
*Sean*


*Sean P. Dougherty*
*Cell: (314)737-1334*
*Sdougherty3@live.maryville.edu*
*Maryville University:*
*BS: Cybersecurity*
*BS: Management of Information Systems*



CONFIDENTIAL                                    LEIDOS 001560

**From:** Cox, Rebecca L.
**Sent:** Friday, January 24, 2020 3:42 PM
**To:** seanpdougherty@live.com
**Subject:** Sean Dougherty– Welcome to Leidos!

*Leidos Proprietary*

Dear Sean,

On behalf of the Onboarding team in HR Services located in Oak Ridge, TN, I want to congratulate and welcome you to Leidos!

My name is Becky Cox and I am your dedicated onboarding specialist.  My goal is to support you from now until around your 60th day of employment to ensure your onboarding and assimilation processes are as seamless as possible.  During this timeframe, any questions you may have can be directed to me.  I want to be respectful of your schedule, so if you have questions now and would prefer to discuss them by phone, let me know what day and time are convenient for you, and I can make myself available.

In your offer letter you were asked to complete the screening process for the Work Opportunity Tax Credit (WOTC).  If you have not yet taken the WOTC survey, please follow this link to do so now:  https://www.t4wotc.com/Default.aspx?sk=UNTDN42056UNTDN90070UNTDN.

Below is a list of items that must be completed prior to your start date.  You will receive emails about each of these items between today and a day or two before your start date.
*** These emails may route to your junk or spam folder.**
**** Please review the attached document for helpful information if you run into any problems completing these tasks.**

1. **HireRight** – Background verification and drug screening vendor
   *Through this process, you will see references to credit bureaus as well as the Fair Credit Reporting Act (FCRA).  The FCRA provides specific protections to individuals whose information is obtained by employers from firms such as HireRight.  This does NOT mean that Leidos will be requesting an actual credit report as part of your pre-employment verification.  However, in order to verify your Social Security Number (SSN) which is used as the primary identifier for your background verification, HireRight will perform a SSN "trace" with the credit bureaus.  If you have implemented a credit freeze with any of the 3 major credit bureaus, it is critical that you un-freeze your records prior to the launch of your background verification.  We recommend unfreezing your records upon receipt of this message.*

2. **Workday** – Our HR Information System that houses our employee data
3. **Form I-9 –** Employment eligibility verification

My contact information is listed below, so please let me know of any questions you may have.  We look forward to having you on the Leidos team!

Kind regards,

**Becky Cox** | Leidos
Senior HR Specialist  |  Onboarding, HR Services
phone: 865.425.5252 | fax:  865-425-5171
rebecca.l.cox@leidos.com  |  leidos.com

*Redefining HR Services,  one employee at a time,  by putting the Human back into Human Resources.*

CONFIDENTIAL

LEIDOS 001561

*Would you consider sharing your feedback on how well I've assisted you today?  You may provide feedback here:* <u>Becky Cox's Survey</u>. *Thank you for the opportunity to support you as my team and I strive to exceed your expectations.*



PRIVACY/CONFIDENTIALITY NOTICE: This e-mail communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this communication in error, please notify the sender immediately by email and destroy all copies of this e-mail, including all attachments, without reading them or saving them to your computer or any attached storage device. If you are the intended recipient, you will need to secure the contents conforming to all applicable state and/or federal requirements related to the privacy and confidentiality of such information, including HIPAA Privacy regulations.

*This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.*

CONFIDENTIAL

LEIDOS 001562



CONFIDENTIAL

# Reasonable Accommodation Request Form

**To submit a request for a reasonable accommodation:  Complete this form and return it to the Employee Services Team along with supporting medical documentation from your medical provider.**

**\*See note below for employees in Massachusetts, Washington, and Pittsburgh**

- Leidos may use the information on this form to engage in an interactive dialogue with you to try to identify reasonable work modifications that would enable a qualified employee with an impairment or a pregnant employee to perform the essential job functions.
- Leidos may consult with health care professionals to facilitate this process and will comply with the applicable medical privacy laws and regulations when doing so.
- The information on this form will be disclosed on a need to know basis only. Government representatives may be provided this information pursuant to federal, state, and local laws and regulations.
- For more information, see Procedure PR-HR-6.12: Reasonable Accommodations for Employees and Applicants.

---

**Leidos does not consider an employee to be an individual with a disability
just because the employee completes this form or requests a work-related modification.**

---

| Employee Name<br>Sean Dougherty | Leidos Employee ID<br>(624022) | Group, Org, Program/Function |
|---|---|---|
| Job Title<br>Network Support Specialist | Location<br>DISA | Telephone<br>3147371334 |
| First Line Supervisor<br>Supv Org (Kelly J. Oros (138782)) | Human Resources Business Partner/HR Manager | |

**Please describe the job task(s) or policy or practice that you are requesting to modify, your relevant medical limitation, and the modifications that you feel will help you perform your essential job functions:**
(For example, "My job requires me to sit at a desk all day.  This is too painful because of my back injury.  I am requesting a sit/stand desk so I can stand for some of the day while completing my work.")

At a young age, I was diagnosed with a learning disability and ADHD.  At this time, I am not requesting accommodations for these conditions.

My job requires me to sit at a desk all day.  This is too painful because of my back condition, spondylolisthesis and degenerate disk disease. I am requesting a sit/stand desk so I can stand for some of the day while completing my work

---

**Return completed form to Employee Services Team at
AskHR@leidos.com or via fax at 865.425.5272.**

**\*Pregnant employees and partners in Pittsburgh should not submit medical documentation unless requested to do so.  Pregnant employees in Massachusetts and Washington should <u>not</u> submit medical documentation for requests to:**

- Take more frequent, longer or flexible bathroom breaks,
- Modify a no food or drink policy,
- Sit or be allowed to sit more frequently if the job requires standing or
- Limit lifting of greater than 17 pounds.

CONFIDENTIAL

LEIDOS 001563

